IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bleiberg Entertainment, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>John and Jane Doe 1 or Black and White Company 1 with IP address: aka Computer, IP Address No. 65.101.60.191, et al.,<br><br>Defendants. | No. CV-13-00595-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Eduardo Escobedo's Motion to Quash (Doc. 18). After review and consideration,

**IT IS HEREBY ORDERED** that Eduardo Escobedo's Motion to Quash (Doc. 18) is denied.

Dated this 30th day of October, 2013.

_____
G. Murray Snow
United States District Judge